# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

August 25, 2011

James M Devoy
Randazza Legal Group
7001 W Charleston Blvd - Ste 1043
Las Vegas, NV 89117

      Re:    Liberty Media Holdings LLC v. John Does 1-4
               Case No. 11-C-0395

Dear Counsel:

      The complaint in the above-captioned action was filed on April 22, 2011. More than 120 days have elapsed since the filing of that complaint. However, court records do not disclose that you have effected service upon the defendant. You are advised that, pursuant to Fed. R. Civ. P. 4(m), the action is subject to dismissal without prejudice unless good cause is shown for the failure to effect such service.

      Please file a status report <u>on or before September 15, 2011</u>, regarding your efforts to serve the defendant. You are hereby advised that failure to file such a report may result in dismissal of your action pursuant to Civil L. R. 41.1 (E. D. Wis.) (copy enclosed) and Fed. R. Civ. P. 41(b).

                                        Very truly yours,

                                        Jon W. Sanfilippo
                                        Clerk of Court

                                        By: s/K. Hubacz
                                        Deputy Clerk

Encl. as stated

**Civil L.R. 41.1 Dismissal Where No Service of Process**

When the plaintiff has not effected service of process within the time required by Fed.R.Civ.P. 4(m), and the defendant has not waived service under Rule 4(d), then on 21 days' notice to the attorney of record for the plaintiff, or the plaintiff if pro se, an order will be entered dismissing the action without prejudice.

United States District Court  Local Rules
Eastern District of Wisconsin  Amended November 19, 2010