J. Malcolm DeVoy IV (Wisconsin Bar No. 1079780)
RANDAZZA LEGAL GROUP
7001 W. Charleston Blvd., #1043
Las Vegas, NV 89117
888-667-1113 (phone)
305-437-7662 (fax)
jmd@Randazza.com


Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No.2:11-cv-395 |
| Plaintiff, | |
| | **NOTICE OF DISMISSAL** |
| vs. | |
| SWARM OF NOVEMBER 16 to 28, 2010, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C 7B5BC9C05;  AND DOES 1 through 4, | |
| Defendants. | |

## NOTICE OF DISMISSAL

Plaintiff, Liberty Media Holdings hereby dismisses this action WITHOUT PREJUDICE as to defendants John Doe 1-4, pursuant to Fed. R. Civ. P 41.

Date: October 6, 2011.

s/ J. Malcolm DeVoy IV
J. Malcolm DeVoy IV
Wisconsin Bar No. 1079780
Randazza Legal Group
jmd@Randazza.com
7001 W. Charleston Blvd., #1043
Las Vegas, NV 89117
888-667-1113 (phone)
305-437-7662 (fax)

## CERTIFICATE OF NON-SERVICE

I am an authorized representative of Randazza Legal Group; the defendants' true identities are unknown, and thus this notice cannot be served upon them.

Dated this 6th day of October, 2011.

                                                     By:   /s/ J. Malcolm DeVoy
                                                                 J. Malcolm DeVoy